# EXHIBIT "A"

 *Auto-Owners*

Page 1

79041 (04-95)
Issued 12-07-2009

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

Policy Revision Effective 10-01-2009

AGENCY CAROLINA FIRST INSURANCE SERVICES INC
16-0243-00      MKT TERR 046      (803) 358-1200

**POLICY NUMBER**    **44-052-741-00**

INSURED NEWSOME MANAGEMENT COMPANY INC
SEE FORM 59270

36-46-SC-0210

ADDRESS PO BOX 1719
HARTSVILLE  SC  29551-1719

Company Bill
Company Use

| POLICY TERM | |
|---|---|
| 12:01 a.m. | 12:01 a.m. |
| to | |
| 10-01-2009 | 10-01-2010 |

This policy is amended in consideration of the additional or return premium shown below.  This Declarations voids and replaces all previously issued Declarations bearing the same policy number and premium term.

COVERAGE

TERRITORY

### GARAGE LIABILITY COVERAGE

GARAGE LIABILITY COVERAGE - Limits of Insurance

| COVERAGES | LIMITS | |
|---|---|---|
| General Aggregate (Other than Products-Completed Operations and Auto) | $ 1,000,000 | |
| Products-Completed Operations Aggregate | $ 1,000,000 | |
| Personal Injury and Advertising Injury | $ 1,000,000 | |
| Damage To Premises Rented To You (Fire Damage) | $ 50,000 | any one premises |
| Combined Bodily Injury and Property Damage Liability | $ 1,000,000 | each occurrence |
| Medical Payments | $ 5,000 | each person |
| Combined Uninsured Motorist BI and PD | $ 1,000,000 | each occurrence |
| Combined Underinsured Motorist BI and PD | $ 1,000,000 | each occurrence |

ITEM DETAILS: Twice the "General Aggregate Limit", shown above, is provided at no additional charge for each 12-month period in accordance with form 89700. Audit is Annual. Entity is a Corporation .

I certify that this policy was assembled from
available records as a representation of
coverage that was in effect for the policy
period shown.

Jennifer S Hamilton

Date      1-3-12

```
                                    Page 2                              79041 (04-95)
AUTO-OWNERS INS. CO.                                              Issued 12-07-2009

AGENCY CAROLINA FIRST INSURANCE SERVICES INC      Company  POLICY NUMBER      44-052-741-00
       16-0243-00    MKT TERR 046                 Bill     Company Use        36-46-SC-0210

INSURED  NEWSOME MANAGEMENT COMPANY INC                    Term 10-01-2009 to 10-01-2010
```

Location 001: 1504 S 5TH ST HARTSVILLE SC 29550-5753

| Garage Liability - DIVISION I | | 016 Darlington County, SC |
|---|---|---|
| COVERAGES | RATE/EMP | ESTIMATED PREMIUM |
| Combined BI/PD Liability | $517.85 | $13,004.00 |
| Medical Payments | 12.95 | 325.00 |
| Combined Uninsured Motorist BI and PD | | 1,775.00 |
| Combined Underinsured Motorist BI and PD | | 2,123.00 |
| TERRORISM COVERAGE | | 86.14 |
| | TOTAL | $17,313.14 |

Additional Forms For This Coverage:  89835  (09-05)  89852  (09-05)


ITEM DETAILS: Franchised Dealer - Automobile Sales. Full time equivalent employees - 25.1. Number of licensed vehicles - 0. Number of dealer plates - 21. Program - Garage.


| Garage Liability Coverage Package | | 016 Darlington County, SC |
|---|---|---|
| COVERAGES | LIMITS | PREMIUM |
| Broad Form Products | $ 1,000,000  each occurrence | |
| Broad Form Completed Ops | $ 1,000,000  each occurrence | |
| TERRORISM COVERAGE | | 4.32 |
| | TOTAL | $867.32 |

Additional Forms For This Coverage:  89895  (09-05)


ITEM DETAILS: A $ 500 deductible applies to each coverage in the above coverage package separately.

# *Auto-Owners*

Page 3

79041 (04-95)
Issued 12-07-2009

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

Policy Revision Effective 10-01-2009

AGENCY  CAROLINA FIRST INSURANCE SERVICES INC
16-0243-00     MKT TERR 046      (803) 358-1200

**POLICY NUMBER    44-052-741-00**

INSURED  NEWSOME MANAGEMENT COMPANY INC
SEE FORM 59270

Company Use    36-46-SC-0210

ADDRESS  PO BOX 1719
HARTSVILLE  SC  29551-1719

Company
Bill

| POLICY TERM | |
|---|---|
| 12:01 a.m. | 12:01 a.m. |
| to | |
| 10-01-2009 | 10-01-2010 |

This policy is amended in consideration of the additional or return premium shown below.  This Declarations
voids and replaces all previously issued Declarations bearing the same policy number and premium term.

| COVERAGE | TERRITORY |
|---|---|
| Dealer's Plus Coverage Package | 016<br>Darlington County, SC |

| COVERAGES | LIMITS | | | PREMIUM |
|---|---|---|---|---|
| Security Interest E & O | $ | 300,000 | each occurrence** | |
| Insurance Agents E & O | $ | 300,000 | each occurrence** | |
| Truth In Lending E & O | $ | 300,000 | each occurrence** | |
| Odometer & Prior Dmg Def | $ | 300,000 | each occurrence** | |
| TERRORISM COVERAGE | | | | 2.70 |
| | | | TOTAL | $542.70 |

Additional Forms For This Coverage:  89791  (09-05)

ITEM DETAILS: A $ 500 deductible applies to each coverage in the above coverage package separately. **Subject
to $300,000 annual aggregate.

| COVERAGE | TERRITORY |
|---|---|
| Garagekeepers Coverage - Direct Primary Coverage | 016<br>Darlington County, SC |

| COVERAGES | LIMITS | | | PREMIUM |
|---|---|---|---|---|
| Comprehensive | $ | 200,000 - $ | 500 ded. | $541.00 |
| Collision or Upset | $ | 200,000 - $ | 500 ded. | 198.00 |
| TERRORISM COVERAGE | | | | 3.70 |
| | | | TOTAL | $742.70 |

Additional Forms For This Coverage:  89898  (05-09)

```
                                      Page 4                          79041 (04-95)
AUTO-OWNERS INS. CO.                                               Issued 12-07-2009

AGENCY CAROLINA FIRST INSURANCE SERVICES INC      Company POLICY NUMBER      44-052-741-00
       16-0243-00     MKT TERR 046                Bill    Company Use        36-46-SC-0210

INSURED  NEWSOME MANAGEMENT COMPANY INC                   Term 10-01-2009 to 10-01-2010
```

Location 002: 1510 S 5TH ST HARTSVILLE SC 29550-5753

| Garage Liability - DIVISION I | | | 016 Darlington County, SC |
| --- | --- | --- | --- |
| COVERAGES | RATE/EMP | ESTIMATED PREMIUM | |
| Combined BI/PD Liability | $507.29 | $27,400.00 | |
| Medical Payments | 12.94 | 699.00 | |
| Combined Uninsured Motorist BI and PD | | 2,958.00 | |
| Combined Underinsured Motorist BI and PD | | 3,538.00 | |
| TERRORISM COVERAGE | | 172.98 | |
| TOTAL | | $34,767.98 | |

Additional Forms For This Coverage:  89835  (09-05)  89852  (09-05)

ITEM DETAILS: Franchised Dealer - Automobile Sales. Full time equivalent employees - 54.0. Number of licensed vehicles - 8. Number of dealer plates - 27. Program - Garage.

| Garage Liability Coverage Package | | 016 Darlington County, SC |
| --- | --- | --- |
| COVERAGES | LIMITS | PREMIUM |
| Broad Form Products | $ 1,000,000  each occurrence | |
| Broad Form Completed Ops | $ 1,000,000  each occurrence | |
| TERRORISM COVERAGE | | 9.10 |
| TOTAL | | $1,828.10 |

Additional Forms For This Coverage:  89895  (09-05)

ITEM DETAILS: A $ 500 deductible applies to each coverage in the above coverage package separately.

# *Auto-Owners*

Page 5

79041 (04-95)
Issued 12-07-2009

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

Policy Revision Effective 10-01-2009

AGENCY  CAROLINA FIRST INSURANCE SERVICES INC
16-0243-00    MKT TERR 046    (803) 358-1200

**POLICY NUMBER    44-052-741-00**

INSURED   NEWSOME MANAGEMENT COMPANY INC
SEE FORM 59270

Company Use    36-46-SC-0210

ADDRESS   PO BOX 1719
HARTSVILLE  SC  29551-1719

Company
Bill

| POLICY TERM | |
|---|---|
| 12:01 a.m. | 12:01 a.m. |
| to | |
| 10-01-2009 | 10-01-2010 |

This policy is amended in consideration of the additional or return premium shown below.  This Declarations
voids and replaces all previously issued Declarations bearing the same policy number and premium term.

| COVERAGE | TERRITORY |
|---|---|
| Dealer's Plus Coverage Package | 016<br>Darlington County, SC |

| COVERAGES | LIMITS | | | PREMIUM |
|---|---|---|---|---|
| Security Interest E & O | $ | 300,000 | each occurrence** | |
| Insurance Agents E & O | $ | 300,000 | each occurrence** | |
| Truth In Lending E & O | $ | 300,000 | each occurrence** | |
| Odometer & Prior Dmg Def | $ | 300,000 | each occurrence** | |
| TERRORISM COVERAGE | | | | 5.69 |
| | | | TOTAL | $1,142.69 |

Additional Forms For This Coverage:  89791  (09-05)

ITEM DETAILS: A $ 500 deductible applies to each coverage in the above coverage package separately. **Subject
to $300,000 annual aggregate.

| COVERAGE | TERRITORY |
|---|---|
| Garagekeepers Coverage - Direct Primary Coverage | 016<br>Darlington County, SC |

| COVERAGES | LIMITS | | | PREMIUM |
|---|---|---|---|---|
| Comprehensive | $ | 50,000 - $ | 500 ded. | $182.00 |
| Collision or Upset | $ | 50,000 - $ | 500 ded. | 66.00 |
| TERRORISM COVERAGE | | | | 1.24 |
| | | | TOTAL | $249.24 |

Additional Forms For This Coverage:  89898  (05-09)

```
                                    Page 6                          79041 (04-95)
AUTO-OWNERS INS. CO.                                           Issued 12-07-2009

AGENCY CAROLINA FIRST INSURANCE SERVICES INC      Company POLICY NUMBER    44-052-741-00
       16-0243-00      MKT TERR 046               Bill    Company Use      36-46-SC-0210

INSURED  NEWSOME MANAGEMENT COMPANY INC                  Term 10-01-2009 to 10-01-2010
```

| | TERM |
|---|---|
| TOTAL GARAGE LIABILITY PREMIUM | $57,453.87 |

Forms That Apply To This Policy:  89700  (09-05)  89819  (09-05)  89723  (07-06)
  89956  (09-06)

A 4% Cumulative Multi-Policy Discount applies. Supporting policies are marked with an (X): Comm Umb(X) Comm
Auto( ) WC( ) Life( ) Personal( ) Farm( ). This Garage Liability Coverage is part of Tailored Protection
Policy: 024616 36052741.

A Merit Rating Plan Factor of 0.92 Applies.

 **Auto-Owners**    Page 1                    79042 (04-95)
                                                                Issued 12-07-2009

INSURANCE COMPANY                         TAILORED PROTECTION POLICY DECLARATIONS
6101 ANACAPRI BLVD., LANSING, MI 48917-3999
                                          Policy Revision Effective 10-01-2009
AGENCY  CAROLINA FIRST INSURANCE SERVICES INC
        16-0243-00    MKT TERR 046    (803) 358-1200    **POLICY NUMBER    44-052-741-00**
INSURED  NEWSOME MANAGEMENT COMPANY INC                 **Company Use    36-46-SC-0210**
         DBA J & N MANAGEMENT
         NEW WAL  LLC NEWSOME INC          Company    **POLICY TERM**
ADDRESS  PO BOX 1719                       Bill       12:01 a.m.  12:01 a.m.
         HARTSVILLE  SC  29551-1719                              to
                                                      10-01-2009  10-01-2010

This policy is amended in consideration of the additional or return premium shown below.  This Declarations
voids and replaces all previously issued Declarations bearing the same policy number and premium term.

---

COVERAGE                                                        TERRITORY

---

### DEALER'S BLANKET COVERAGE

Location 001: 1504 S 5TH ST HARTSVILLE SC 29550-5753

---

Dealer's Blanket - Reporting Form, Annual Billing          016
                                                    Darlington County, SC

| COVERAGES | LIMITS | ESTIMATED ANNUAL PREMIUM | DEPOSIT PREMIUM |
|---|---|---|---|
| Comprehensive | ENTIRE INVENTORY* $1000 ded | $4,746.00 | $4,746.00 |
| Collision | ENTIRE INVENTORY* $1000 ded | 830.00 | 830.00 |
| False Pret-Flr Plan | ENTIRE INVENTORY* $ 250 ded | 1,217.00 | 1,217.00 |
| TERRORISM COVERAGE | | 33.97 | 33.97 |
| Replacement and Repairs | 60% | | |
| | TOTAL | $6,826.97 | $6,826.97 |

Secured Interested Parties:   See Attached Schedule

Additional Forms For This Coverage:  89915  (09-05)

ITEM DETAILS: Franchised Dealer - Automobile Sales. Entity is a Corporation . Comprehensive premium is based
on reported average inventory of $800,000. Collision premium is based on reported average inventory of
$800,000. False Pretense premium is based on a total inventory of $800,000. Coverage for False Pretense
includes floor plan inventory. Program - Garage. * No limits apply if dealer reports are made on time and
accurately.

| RATING BASIS<br>PER $100: | INVENTORY | COMPREHENSIVE | COLLISION | INVENTORY | FALSE PRETENSE |
|---|---|---|---|---|---|
| | $0-50,000 | 0.840 | 0.493 | $0-100,000 | 0.321 |
| | 50,000-100,000 | 0.630 | 0.158 | OVER 100,000 | 0.128 |
| | OVER 100,000 | 0.573 | 0.072 | | |

NOTE:  THE ABOVE RATES REFLECT THE CURRENT DEDUCTIBLES AND COVERAGES.

I certify that this policy was assembled from
available records as a representation of
coverage that was in effect for the policy
period shown.

Jennifer Hamilton

Date   1-3-12

```
                                          Page 2                        79042 (04-95)
AUTO-OWNERS INS. CO.                                              Issued 12-07-2009

AGENCY CAROLINA FIRST INSURANCE SERVICES INC     Company POLICY NUMBER  44-052-741-00
       16-0243-00    MKT TERR 046                Bill    Company Use     36-46-SC-0210

INSURED  NEWSOME MANAGEMENT COMPANY INC                  Term 10-01-2009 to 10-01-2010
```

Location 002: 1510 S 5TH ST HARTSVILLE SC 29550-5753

```
  Dealer's Blanket - Reporting Form, Annual Billing
                                                          016
                                                 Darlington County, SC

                                          ESTIMATED ANNUAL     DEPOSIT
  COVERAGES              LIMITS                PREMIUM          PREMIUM
Comprehensive     ENTIRE INVENTORY* $1000 ded   $4,746.00     $4,746.00
Collision         ENTIRE INVENTORY* $1000 ded      785.00        785.00
False Pret-Flr Plan ENTIRE INVENTORY* $ 250 ded  1,217.00      1,217.00
TERRORISM COVERAGE                                  33.74         33.74
Replacement and Repairs       60%

                                  TOTAL        $6,781.74     $6,781.74
```

Secured Interested Parties:    None

Additional Forms For This Coverage:  89915  (09-05)

ITEM DETAILS: Franchised Dealer - Automobile Sales. Entity is a Corporation . Comprehensive premium is based on reported average inventory of $800,000. Collision premium is based on reported average inventory of $800,000. False Pretense premium is based on a total inventory of $800,000. Coverage for False Pretense includes floor plan inventory. Program - Garage. * No limits apply if dealer reports are made on time and accurately.

| RATING BASIS | INVENTORY | COMPREHENSIVE | COLLISION | INVENTORY | FALSE PRETENSE |
|---|---|---|---|---|---|
| PER $100: | $0-50,000 | 0.840 | 0.467 | $0-100,000 | 0.321 |
| | 50,000-100,000 | 0.630 | 0.150 | OVER 100,000 | 0.128 |
| | OVER 100,000 | 0.573 | 0.068 | | |

NOTE:  THE ABOVE RATES REFLECT THE CURRENT DEDUCTIBLES AND COVERAGES.

# *Auto-Owners*

Page 3

79042 (04-95)
Issued 12-07-2009

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

Policy Revision Effective 10-01-2009

AGENCY  CAROLINA FIRST INSURANCE SERVICES INC
16-0243-00     MKT TERR 046     (803) 358-1200

**POLICY NUMBER    44-052-741-00**

INSURED  NEWSOME MANAGEMENT COMPANY INC
DBA J & N MANAGEMENT
NEW WAL   LLC NEWSOME INC
ADDRESS PO BOX 1719
HARTSVILLE  SC  29551-1719

Company Use     36-46-SC-0210

| Company Bill | POLICY TERM | |
|---|---|---|
| | 12:01 a.m. | 12:01 a.m. |
| | to | |
| | 10-01-2009 | 10-01-2010 |

This policy is amended in consideration of the additional or return premium shown below. This Declarations
voids and replaces all previously issued Declarations bearing the same policy number and premium term.

| COVERAGE | TERRITORY |
|---|---|
| TOTAL DEALER'S BLANKET PREMIUM | TERM $13,608.71     $13,608.71 Deposit |

Forms That Apply To This Policy: 89707  (11-04)  89974  (11-07)  89701  (12-04)
89767  (11-04)  89725  (07-06)  89976  (07-08)

Mail Monthly Reports To:  Auto-Owners Insurance Company
COLUMBIA UNDERWRITING
PO BOX 210979
COLUMBIA, SC 29221-0979

A 4% Cumulative Multi-Policy Discount applies. Supporting policies are marked with an (X): Comm Umb(X) Comm
Auto( ) WC( ) Life( ) Personal( ) Farm( ). This Dealer's Blanket Coverage is part of Tailored Protection
Policy: 024616 36052741.

A Merit Rating Plan Factor of 0.92 Applies.

```
                                    Page 4                        79042 (04-95)
AUTO-OWNERS INS. CO.                                         Issued 12-07-2009

AGENCY CAROLINA FIRST INSURANCE SERVICES INC    Company POLICY NUMBER    44-052-741-00
      16-0243-00      MKT TERR 046              Bill    Company Use       36-46-SC-0210

INSURED  NEWSOME MANAGEMENT COMPANY INC                  Term 10-01-2009 to 10-01-2010
```

**SECURED INTERESTED PARTIES AND/OR ADDITIONAL INTERESTED PARTIES**

```
     LOC    001
     GMAC
     PO BOX 100049
     DULUTH  GA  30096-9349
     Interest: Loss Payable
     SIP ID:  GA027497
```

89700 (9-05)

## GARAGE LIABILITY

**READ THIS CAREFULLY.** This page provides only a brief outline of some of the important features of this policy. The actual policy provisions will control. The policy itself sets forth, in detail, the rights and obligations of both you and us. **IT IS IMPORTANT THAT YOU READ THE POLICY.**

### A QUICK GUIDE TO THIS POLICY

The GARAGE LIABILITY DECLARATIONS contain:

YOUR NAME
POLICY TERM
COVERAGES
LIMITS OF INSURANCE
ENDORSEMENTS THAT APPLY

| YOU WILL FIND | ON PAGE |
|---|---|
| INSURING AGREEMENT | 1 |
| SECTION I - DEFINITIONS | 1 |
| SECTION II - COVERAGE | 7 |
| COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY | 7 |
| 1. COVERAGE | 7 |
| 2. EXCLUSIONS | 9 |
| COVERAGE B - PERSONAL INJURY AND ADVERTISING INJURY LIABILITY | 19 |
| 1. COVERAGE | 19 |
| 2. EXCLUSIONS | 19 |
| COVERAGE C - MEDICAL PAYMENTS | 21 |
| 1. COVERAGE | 21 |
| 2. EXCLUSIONS | 22 |
| SUPPLEMENTARY PAYMENTS - COVERAGES A AND B | 22 |
| FINANCIAL RESPONSIBILITY AND COMPULSORY INSURANCE LAWS | 23 |
| SECTION III - WHO IS AN INSURED | 23 |
| SECTION IV - LIMITS OF INSURANCE | 25 |
| A. COVERAGE A (Other Than Auto), COVERAGE B AND COVERAGE C | 25 |
| B. COVERAGE A (Auto) | 26 |
| SECTION V - DEDUCTIBLE | 27 |
| SECTION VI - WHAT YOU MUST DO AFTER AN ACCIDENT, OCCURRENCE OR LOSS | 27 |
| SECTION VII - GENERAL CONDITIONS | 28 |
| A. SEVERABILITY OF INSURANCE | 28 |
| B. BANKRUPTCY | 28 |
| C. POLICY PERIOD; TERRITORY | 28 |
| D. LEGAL ACTION AGAINST US | 28 |
| E. OTHER INSURANCE | 29 |
| F. PREMIUM AUDIT | 30 |
| G. REPRESENTATIONS | 30 |
| H. SEPARATION OF INSUREDS | 30 |
| I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US | 30 |
| J. CHANGES | 30 |
| K. EXAMINATION OF YOUR BOOKS AND RECORDS | 30 |
| L. INSPECTIONS AND SURVEYS | 31 |
| M. PREMIUMS | 31 |
| N. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY | 31 |
| O. CONCEALMENT OR FRAUD | 31 |
| P. DUPLICATION OF COVERAGE | 31 |

# INSURING AGREEMENT

The attached Declarations describe the Coverages and Limits of Insurance for which **you** have paid a premium. In reliance upon **your** statements in the Declarations and application(s), **we** agree to provide insurance subject to all terms and conditions of this policy. Each coverage described in this policy applies if a limit of insurance or a premium is shown in the Declarations for that coverage. In return, **you** must pay the premium and comply with all terms and conditions of this policy.

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

## SECTION I - DEFINITIONS

To understand this policy, **you** must understand the meaning of the following words. These words appear in **bold face type** whenever used in this policy and attached amendatory forms.

A. **Advertisement** means a notice that is broadcast or published to the general public or specific market segments about **your** goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

1. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

2. Regarding web-sites, only that part of a web-site that is about **your** goods, products or services for the purpose of attracting customers or supporters is considered an advertisement.

B. **Advertising injury** means injury arising out of one or more of the following offenses:

1. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services in **your advertisement**;

2. Oral or written publication, in any manner, of material that violates a person's right of privacy in **your advertisement**;

3. The use of another's advertising idea in **your advertisement**; or

4. Infringing upon another's copyright, **trade dress** or slogan in **your advertisement**.

C. **Auto** means a land motor vehicle, **trailer** or semi-trailer including any attached machinery or equipment. But **auto** does not include **farm implement** nor **mobile equipment**.

D. **Bodily injury** means **bodily injury**, bodily sickness, or bodily disease sustained by a person, including death resulting from any of these at any time.

E. **Coverage territory** means:

1. The United States of America (including its territories and possessions), Puerto Rico and Canada;

2. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **E.1.** above; or

3. All other parts of the world if the injury or damage arises out of:

a. Goods or products made or sold by **you** in the territory described in **E.1.** above;

b. The activities of a person whose home is in the territory described in **E.1.** above, but is away for a short time on **your** business; or

c. **Personal injury** or **advertising injury** offenses that take place through the Internet or similar electronic means of communication

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

provided the **insured's** responsibility to pay damages is determined in a **suit** on the merits, in the territory described in **E.1.** above or in a settlement to which **we** agree.

F.  **Employee** includes a **leased worker**. **Employee** does not include a **temporary worker**.

G.  **Executive officer** means a person holding any of the officer positions created by **your** charter, constitution, by-laws or any other similar governing document.

H.  **Farm implement** means a land vehicle including any attached machinery, whether self-propelled or not, designed principally for use off public roads which is usual to the operation of a farm and designed for farming purposes. **Farm implement** includes animal drawn equipment. But **farm implement** does not include **auto** nor **mobile equipment**.

I.  **Garage business** means the ownership, maintenance or use of premises by **you** as a garage operation. This may include an **auto** dealer, repair shop, service station, storage garage or public parking place. Unless modified in other parts of this policy, it also includes:

1.  Operations necessary and incidental to the garage operation; and

2.  The ownership, maintenance and use of **autos** as described under **SECTION II - COVERAGE, COVERAGE A, 1. COVERAGE, b. Bodily Injury and Property Damage Liability (Auto)**

J.  1.  **Garage customer** means:

    a.  Any person while using an **auto** owned, maintained or used in **your garage business**; or

    b.  Any of **your** customers or any prospective buyer to whom an **auto** has been loaned or furnished by **you**.

    2.  **Garage customer** shall not include:

a.  If the first named **insured** shown in the Declarations is an individual:

    (1)  **You**; and

    (2)  If furnished an **auto** for regular use by **you**:

        (a)  **Your relatives**; and

        (b)  **Your employees**, their spouses or any person who resides with an **employee** and who is related to such **employee** or his or her spouse by blood, marriage or adoption including a ward or foster child who resides with such **employee**.

b.  If the first named **insured** shown in the Declarations is other than an individual and if furnished an **auto** for regular use by **you**:

    (1)  **Your employees**, directors, stockholders, partners or members; and

    (2)  Spouses or any person who resides with **your employees**, directors, stockholders, partners or members and who is related to such persons or their spouses by blood, marriage or adoption including a ward or foster child who resides with **your employees**, directors, stockholders, partners or members.

c.  Any organization or other person to whom **you** furnish an **auto** for regular use.

d.  Any person while using an **auto** furnished to any person or organization under paragraphs **a.**, **b.**, and **c.**, immediately above.

However, any person under paragraphs, **J.2.a.(2)** and **J.2.b.** through **d.** above shall be considered a **garage customer** when an **auto** such person owns is in **your** care, custody or control for service or repair and **you** have furnished such person with an additional **auto**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

**K. Hostile fire** means a fire which becomes uncontrollable or breaks out from where it was intended to be.

**L. Impaired property** means tangible property, other than **your product** or **your work**, that cannot be used or is less useful because:

**1.** It incorporates **your product** or **your work** that is known or thought to be defective, deficient, inadequate or dangerous; or

**2. You** have failed to fulfill the terms of a contract or agreement

if such property can be restored to use by:

**1.** The repair, replacement, adjustment or removal of **your product** or **your work**; or

**2. Your** fulfilling the terms of the contract or agreement.

**M. Insured** means any person or organization qualifying as such under **SECTION III - WHO IS AN INSURED**.

**N. Insured contract** means:

**1.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to **you** or temporarily occupied by **you** with permission of the owner is not an **insured contract**;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** An elevator maintenance agreement; or

**6.** That part of any other contract or agreement pertaining to **your** business (including an indemnification of a municipality in connection with work performed for a municipality) under which **you** assume the tort liability of another party to pay for **bodily injury** or **property damage** to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **N.6.** does not include that part of any contract or agreement:

**a.** That indemnifies a railroad for **bodily injury** or **property damage** arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**b.** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(1)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(2)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

**c.** Under which the **insured**, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the **insured's** rendering or failure to render professional services, including those listed in **b.** immediately above and supervisory, inspection, architectural or engineering activities; or

**d.** That pertains to the loan, lease or rental of an **auto** to **you**.

**O. Leased worker** means an individual leased to **you** by a labor leasing firm under an agreement between the labor leasing firm and **you**, to perform duties related to the conduct of **your garage business**. **Leased worker** does not include a **temporary worker**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

P. **Loading or unloading** means the handling of property:

1. After it is moved from the place where it is accepted for movement into or onto an aircraft, **watercraft** or **auto**;

2. While it is in or on an aircraft, **watercraft** or **auto**; or

3. While it is being moved from an aircraft, **watercraft** or **auto** to the place where it is finally delivered

but **loading or unloading** does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, **watercraft** or **auto**.

Q. **Mobile equipment** means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, forklifts and other similar vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises **you** own or rent;

3. Vehicles that travel on crawler treads. This does not include snowmobiles;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   a. Power cranes, shovels, loaders, diggers or drills; or

   b. Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in **1.**, **2.**, **3.**, or **4.** immediately above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   a. Air compressors, pumps and generators, including spraying, welding, building

cleaning, geophysical exploration, lighting and well servicing equipment; or

   b. Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in **1.**, **2.**, **3.**, or **4.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not **mobile equipment** but will be considered **autos**:

   a. Equipment designed primarily for:

      (1) Snow removal;

      (2) Road maintenance, but not construction or resurfacing; or

      (3) Street cleaning;

   b. Cherry pickers and similar devices mounted on **auto** or truck chassis and used to raise or lower workers; or

   c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

But **mobile equipment** does not include **auto** nor **farm implement**.

R. **Occurrence** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

S. **Personal injury** means other than **bodily injury** arising out of one or more of the following offenses:

1. False arrest, detention or imprisonment;

2. Malicious prosecution;

3. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

person occupies, committed by or on behalf of its owner, landlord or lessor;

4.  Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

5.  Oral or written publication, in any manner, of material that violates a person's right of privacy.

T.  **Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, liquids, gases and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

U.  **Private passenger auto** means:

1.  A passenger or station wagon type **auto** with four or more wheels;

2.  Pickup or van type **auto** with a gross weight of 15,000 pounds or less which is not used in the business of carrying passengers for hire; or

3.  A motor home.

V.  **Products-completed operations hazard**:

1.  Includes all **bodily injury** and **property damage** occurring away from premises **you** own or rent and arising out of **your product** or **your work** except:

    a.  Products that are still in **your** physical possession; or

    b.  Work that has not yet been completed or abandoned. However, **your work** will be deemed completed at the earliest of the following times:

        (1) When all of the work called for in **your** contract has been completed.

        (2) When all of the work to be done at the job site has been completed if **your** contract calls for work at more than one job site.

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

2.  Does not include **bodily injury** or **property damage** arising out of:

    a.  The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by **you**, and that condition was created by the **loading or unloading** of that vehicle by any **insured**;

    b.  The existence of tools, uninstalled equipment or abandoned or unused materials; or

    c.  Products or operations for which the classification, shown in the Declarations, states that products-completed operations are included.

W.  **Property damage** means:

1.  Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

2.  Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the **occurrence** that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

any other media which are used with electronically controlled equipment.

**X. Relative** means a person who resides with **you** and who is related to **you** by blood, marriage or adoption. **Relative** includes a ward or foster child who resides with **you**.

**Y. Residence employee** means:

1. **Your employee** whose duties are in connection with the maintenance or use of **your** residence premises, including household or domestic services; or

2. **Your employee** who performs similar duties elsewhere but not in connection with any **insured's** business.

**Z. Silica** means silicon dioxide (occurring in crystalline, amorphous and impure forms), **silica** particles, **silica** dust or **silica** compounds.

**AA. Silica-related dust** means a mixture or combination of **silica** and other dust or particles.

**BB. Suit** means a civil proceeding in which damages because of **bodily injury**, **property damage**, **personal injury** or **advertising injury** to which this insurance applies are alleged. **Suit** includes:

1. An arbitration proceeding in which such damages are claimed and to which the **insured** must submit or does submit with **our** consent; or

2. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the **insured** submits with **our** consent.

**CC. Temporary worker** means a person who is furnished to **you** to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

**DD. Trademark** means any registered or unregistered word, name, symbol, sign, device or any combination thereof used to identify or distinguish a person's or organization's goods, products or services from those of others and to indicate or identify the origin or source of such goods, prod-

ucts or services, even if the origin or source is unknown. **Trademark** includes registered **trade dress** and **trade dress** which is used with or incorporates any **trademark**.

**EE. Trade dress** means the unregistered and nonfunctional distinctive packaging, appearance, image, design, color scheme or shape or combination thereof used to identify or distinguish a person's or organization's goods, products or services from those of others and to indicate or identify the origin or source of such goods, products or services, even if the source is unknown. **Trade dress** does not include:

1. Registered **trade dress**;

2. **Trademark**; or

3. **Trade dress** which is used with or incorporates any **trademark**.

**FF. Trailer** means a vehicle which is designed to be connected to and towed by an **auto**. **Trailer** includes mobile homes, modular homes, utility trailers, camping trailers and vacation trailers.

**GG. Volunteer worker** means a person who is not **your employee**, and who donates his or her work and acts at the direction of and within the scope of duties determined by **you**, and is not paid a fee, salary or other compensation by **you** or anyone else for their work performed for **you**.

**HH. Watercraft** means a conveyance capable of being used as a means of transportation on water. This does not include aircraft or hovercraft.

**II. We, us** or **our** means the Company providing this insurance.

**JJ. Your product**:

1. Means:

   a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      (1) **You**;

      (2) Others trading under **your** name; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

**(3)** A person or organization whose business or assets **you** have acquired; and

**b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**2.** Includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your product**; and

**b.** The providing of or failure to provide warnings or instructions.

**3.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**KK. Your work**:

**1.** Means:

**a.** Work or operations performed by **you** or on **your** behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

**2.** Includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your work**; and

**b.** The providing of or failure to provide warnings or instructions.

**LL. You** or **your** means the named **insured** shown in the Declarations and if an individual, **your** spouse who resides in the same household.

**SECTION II - COVERAGE**

**COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1.** COVERAGE

**a.** Bodily Injury And Property Damage Liability (Other Than Auto)

**(1)** **We** will pay those sums that **you** become legally obligated to pay as damages because of **bodily injury** or **property damage** to which this insurance applies. **We** will have the right and duty to defend **you** against any **suit** seeking those damages. **We** may at **our** discretion investigate any claim or **occurrence** and settle any claim or **suit** that may result. But:

**(a)** The amount **we** will pay for damages is limited as described in **Section IV - Limits of Insurance**; and

**(b)** **Our** right and duty to defend end when **we** have used up the applicable limit of insurance in the payment of judgments or settlements under **bodily injury**, **property damage** or medical payments.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **Supplementary Payments - Coverages A and B**.

**(2)** This insurance applies to **bodily injury** and **property damage** only if:

**(a)** The **bodily injury** or **property damage** is caused by an **occurrence** that takes place in the **coverage territory**;

**(b)** The **bodily injury** or **property damage** occurs during the policy period; and

**(c)** Prior to the policy period, no **insured** listed under **Section III - Who Is An Insured** - and no **employee** authorized by **you** to give

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

or receive notice of an **occurrence** or claim, knew that the **bodily injury** or **property damage** had occurred, in whole or in part. If such a listed **insured** or authorized **employee** knew, prior to the policy period, that the **bodily injury** or **property damage** occurred, then any continuation, change or resumption of such **bodily injury** or **property damage** during or after the policy period will be deemed to have been known prior to the policy period.

(3) **Bodily injury** or **property damage** will be deemed to have been known to have occurred at the earliest time when any **insured** listed under **Section III - Who Is An Insured** - or any **employee** authorized by **you** to give or receive notice of an **occurrence** or claim:

(a) Reports all, or any part, of the **bodily injury** or **property damage** to **us** or any other insurer;

(b) Receives a written or verbal demand or claim for damages because of the **bodily injury** or **property damage**; or

(c) Becomes aware by any other means that **bodily injury** or **property damage** has occurred or has begun to occur.

(4) Damages because of **bodily injury** include damages claimed by any person or organization for care, loss of services or death resulting at anytime from the **bodily injury**.

**b. Bodily Injury And Property Damage Liability (Auto)**

When a premium is shown in the Declarations for:

(1) Either DIVISION I or DIVISION II, **we** will pay damages for **bodily injury** and **property damage** for which the **insured** becomes legally responsible because of or arising out of an **auto** or **farm implement**:

(a) Not owned, not hired, not leased, not rented or not registered by **you**, any partner if **you** are a partnership, member if **you** are a limited liability company or officer if **you** are an organization other than a partnership, limited liability company or joint venture; and

(b) While used by any person in **your** business.

(2) DIVISION I, **we** will also pay damages for **bodily injury** and **property damage** for which the **insured** becomes legally responsible because of or arising out of:

(a) An **auto** or **farm implement**:

1) Owned by **you**; or

2) Leased, hired or rented by **you** or on **your** behalf with **your** expressed permission.

Such **auto** or **farm implement** must be:

1) Used in **your garage business**; or

2) Used in a business, other than **your garage business**, but not on a regular basis; or

3) Not used in any business.

(b) An **auto** or **farm implement** you do not own or lease which is not used in connection with **your** business (other than a motorcycle, moped, motor scooter, midget **auto** or go cart), when used by:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

1) **You**;

2) Any person to whom **you** regularly furnish an **auto** or **farm implement** or their spouse, if a resident of the same household;

3) **Your relatives** not owning an **auto** or **farm implement**; or

4) Any person not owning an **auto** or **farm implement** who resides with any person shown in **1)**, **2)** or **3)** immediately above to whom **you** regularly furnish an **auto** or **farm implement** and who is related to such person or his or her spouse by blood, marriage or adoption including a ward or foster child who resides with such person.

The **occurrence** must take place:

(1) In the **coverage territory** or Mexico; and

(2) During the policy period.

**We** shall settle or defend, as **we** consider appropriate, any claim or **suit**, for damages covered by this insurance. **We** shall do this at **our** expense, using attorneys of **our** choice. This agreement to settle or defend a claim or **suit** ends when **we** have paid the limit of **our** liability.

2. **EXCLUSIONS**

a. **Bodily Injury And Property Damage Liability (Other Than Auto) and Bodily Injury And Property Damage Liability (Auto)**

This insurance does not apply to:

(1) **Bodily injury** or **property damage** assumed under any contract or agreement. This exclusion does not apply

to liability for **bodily injury** or **property damage**:

(a) Assumed under an **insured contract**, provided such **bodily injury** or **property damage** occurs after the execution of such contract. However, if the insurance under this policy does not apply to **your** liability, it also does not apply to such liability assumed by **you** under a covered contract;

(b) That **you** would have in the absence of a contract or agreement; or

(c) If the first named **insured** shown in the Declarations is an individual, assumed by **you** in a **private passenger auto** lease or rental agreement.

(2) **Bodily injury** or **property damage** however caused, arising directly or indirectly from:

(a) War, including any undeclared war or civil war;

(b) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

(c) Warlike action by a military force, including action in hindering or defending against an actual or expected attack by any government, sovereign or other authority using military personnel or other agents.

(3) Any obligations that would be payable under an unemployment compensation law, workers compensation law, disability benefits law or any similar law.

(4) Damages claimed for any loss, cost or expense incurred by any person or organization or others for loss of use,

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(a) **Your product**;

(b) **Your work**; or

(c) **Impaired property**

if such product, work, or property is removed or recalled from the market or from use because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

(5) Any claim, **suit**, action or proceeding against any **insured** arising out of the discharge, dispersal, release, escape or inhalation of any asbestos related particles, dust, irritants, contaminants, pollutants, toxic elements or materials.

(6) Any claim, **suit**, action or proceeding against any **insured** arising out of the discharge, dispersal, release, escape or inhalation of any **silica** or **silica-related dust**.

(7) **Bodily injury** or **property damage** arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(a) The Telephone Consumer Protection Act (TCPA), including, any amendment of or addition to such law; or

(b) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(c) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

(8) (a) Under any Liability Coverage, to **bodily injury** or **property damage**:

1) With respect to which an **insured** under the policy is also an **insured** under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Associates of Canada or any of their successors, or would be an **insured** under any such policy but for its termination upon exhaustion of its limit of liability; or

2) Resulting from the **hazardous properties** of **nuclear material** and with respect to which:

a) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

b) The **insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

(b) Under any Liability Coverage, to **bodily injury** or **property damage** resulting from the **hazardous properties** of **nuclear material**, if:

1) The **nuclear material**:

a) Is at any **nuclear facility** owned by, or operated by

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

or on behalf of, an **insured**; or

b) Has been discharged or dispersed therefrom;

2) The **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an **insured**; or

3) The **bodily injury** or **property damage** arises out of the furnishing by an **insured** of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility**, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **3)** applies only to **property damage** to such **nuclear facility** and any property thereat.

As used in this exclusion:

**Hazardous properties** include radioactive, toxic or explosive properties;

**Nuclear material** means **source material, Special nuclear material** or **by-product material**;

**Source material, special nuclear material,** and **by-product material** have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof; **Spent fuel** means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor**;

**Waste** means any **waste** material:

(a) Containing **by-product material** other than the tailings or wastes produced by the extraction or con-

centration of uranium or thorium from any ore processed primarily for its **source material** content; and

(b) Resulting from the operation by any person or organization of any **nuclear facility** included under the first two paragraphs of the definition of **nuclear facility**.

**Nuclear facility** means:

(a) Any **nuclear reactor**;

(b) Any equipment or device designed or used for:

1) Separating the isotopes of uranium or plutonium;

2) Processing or utilizing **spent fuel**; or

3) Handling, processing or packaging **waste**;

(c) Any equipment or device used for the processing, fabrication or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the **insured** at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of **waste**

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

**Nuclear reactor** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reac-

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

tion or to contain a critical mass of fissionable material.

**Property damage** includes all forms of radioactive contamination of property.

Exclusions **a.(2)**, **a.(3)** and **a.(4)** above do not apply to damage by fire to premises while rented to **you** or temporarily occupied by **you** with permission of the owner. A separate limit of insurance applies to this coverage as described in **Section IV - Limits Of Insurance.**

**b. Bodily Injury And Property Damage Liability (Other Than Auto)**

This insurance does not apply to:

**(1) Bodily injury** or **property damage** expected or intended from the standpoint of the **insured**. This exclusion does not apply to **bodily injury** resulting from the use of reasonable force to protect persons or property.

**(2) Bodily injury** to:

(a) An **employee** of the **insured** arising out of and in the course of employment by the **insured**; or

(b) The spouse, child, parent, brother or sister of that **employee** as a consequence of **(2)(a)** above.

This exclusion applies:

(a) Whether the **insured** may be liable as an employer or in any other capacity; and

(b) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the **insured** under an **insured contract.**

**(3) Bodily injury** or **property damage** arising out of the ownership, maintenance, use or entrustment to others of any aircraft, **auto** or **watercraft** owned or operated by or rented or loaned to any **insured**. Use includes operation and **loading or unloading.**

This exclusion applies even if the claims against any **insured** alleged negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that **insured**, if the **occurrence** which caused the **bodily injury** or **property damage** involved the ownership, maintenance, use or entrustment to others of any aircraft, **auto** or **watercraft** that is owned or operated by or rented or loaned to any **insured**.

This exclusion does not apply to:

(a) A **watercraft** while on premises **you** own or rent;

(b) A **watercraft you** do not own that is:

1) Less than 26 feet long; and

2) Not being used to carry persons or property for a charge;

(c) Any **watercraft** while being serviced or repaired by any **insured**;

(d) Parking an **auto** on, or on the ways next to, premises **you** own or rent, provided the **auto** is not owned by or rented or loaned to **you** or the **insured**;

(e) Liability assumed under any **insured contract** for the ownership, maintenance or use of aircraft or **watercraft**; or

(f) **Bodily injury** or **property damage** arising out of the operation of any of the equipment listed in para-

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

graph **6.b.** or **6.c.** of the definition of **mobile equipment**.

(4) **Property damage** to **impaired property** or property that has not been physically injured, arising out of:

   (a) A defect, deficiency, inadequacy or dangerous condition in **your product** or **your work**; or

   (b) A delay or failure by **you** or anyone acting on **your** behalf to perform a contract or agreement in accordance with its terms.

   This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to **your product** or **your work** after it has been put to its intended use.

(5) **Property damage** to **your product** arising out of it or any part of it.

(6) **Property damage** to **your work** arising out of it or any part of it and included in the **products-completed operations hazard.**

(7) (a) **Bodily injury** or **property damage** arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**:

   1) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any **insured**. However, this subparagraph does not apply to:

      a) **Bodily injury** if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the

building, or equipment that is used to heat water for personal use by the building's occupants or their guests;

   b) **Bodily injury** or **property damage** for which **you** may be held liable, if **you** are a contractor and the owner or lessee of such premises, site or location has been added to **your** policy as an additional **insured** with respect to **your** ongoing operations performed for that additional **insured** at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any **insured**, other than that additional **insured**; or

   c) **Bodily injury** or **property damage** arising out of heat, smoke or fumes from a **hostile fire**;

   2) At or from any premises, site or location which is or was at any time used by or for any **insured** or others for the handling, storage, disposal, processing or treatment of waste;

   3) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

      a) Any **insured**; or

      b) Any person or organization for whom **you** may be legally responsible;

   4) At or from any premises, site or location on which any **insured** or any contractors or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

subcontractors working directly or indirectly on any **insured's** behalf are performing operations if the **pollutants** are brought on or to the premises, site or location in connection with such operations by such **insured**, contractor or subcontractor. However, this subparagraph does not apply to:

a) **Bodily injury** or **property damage** arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of **mobile equipment** or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the **bodily injury** or **property damage** arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such **insured**, contractor or subcontractor;

b) **Bodily injury** or **property damage** sustained within a building at such premises, site or location and caused by the release of gases, fumes or vapors from materials brought into that

building in connection with operations being performed by **you** or on **your** behalf by a contractor or subcontractor; or

c) **Bodily injury** or **property damage** arising out of heat, smoke or fumes from a **hostile fire**; or

5) At or from any premises, site or location on which any **insured** or any contractors or subcontractors working directly or indirectly on any **insured's** behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, **pollutants**.

(b) Any loss, cost or expense arising out of any:

1) Request, demand, order or statutory or regulatory requirement that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, **pollutants**; or

2) Claim or **suit** by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of **pollutants**.

However, this paragraph does not apply to liability for damages because of covered **property damage** that the **insured** would have in the absence of such request, demand,

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

order or statutory or regulatory requirement, or such claim or **suit** by or on behalf of a governmental authority.

**(8) Bodily injury** or **property damage** arising out of:

**(a)** The transportation of **mobile equipment** by an **auto** owned or operated by or rented or loaned to any **insured**; or

**(b)** The use of **mobile equipment** in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**(9) Property damage** to:

**(a)** Property **you** own, rent, occupy or use, including any cost or expense incurred by **you**, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(b)** Property that any of **your**:

  **1) Employees**;

  **2) Volunteer workers**;

  **3)** Partners or members (if **you** are a partnership or joint venture); or

  **4)** Members (if **you** are a limited liability company)

  own, rent, occupy or use. However, this exclusion **(9)(b)**, shall not apply to **your** liability for damage to such property;

**(c)** Premises **you** sell, give away or abandon, if the **property damage** arises out of any part of those premises;

**(d)** Property loaned to **you**;

**(e)** Personal property in the care, custody or control of, or over which physical control is being exercised for any purpose by any **insured**;

**(f)** That particular part of real property on which any **insured** or any contractors or subcontractors working directly or indirectly on **your** behalf are performing operations, if the **property damage** arises out of those operations; or

**(g)** That particular part of any property that must be restored, repaired or replaced because **your work** was incorrectly performed on it.

Paragraphs **(a)**, **(b)**, **(d)** and **(e)** of this exclusion do not apply to **property damage** (other than damage by fire) to premises, including the contents of such premises, rented to **you** for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section IV - Limits Of Insurance**.

Paragraph **(c)** of this exclusion does not apply if the premises are **your work** and were never occupied, rented or held for rental by **you**.

Paragraphs **(d)**, **(e)**, **(f)** and **(g)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(g)** of this exclusion does not apply to **property damage** included

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

in the **products-completed operations hazard**.

**(10) Bodily injury** to:

   **(a)** A person arising out of any:

      **1)** Refusal to employ a person;

      **2)** Termination of a person's employment;

      **3)** Employment-related practice, policy, act or omission, including but not limited to coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at a person; or

      **4)** Criminal or civil action brought against a person by or at the direction of the **insured** directly or indirectly related to any offense described in **1)**, **2)**, or **3)** immediately above; or

   **(b)** Anyone as a consequence of **bodily injury** to a person at whom any of the employment-related practices described in Paragraphs **1)**, **2)**, **3)**, or **4)** immediately above is directed.

This exclusion applies:

   **(a)** Whether the **insured** may be liable as an employer or in any other capacity;

   **(b)** Whether the offense is alleged to arise out of the employment during the course or scope of employment, outside the course or scope of employment or after termination of employment;

   **(c)** Whether directly or indirectly related to a person's prospective, current or past employment; and

   **(d)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**(11) Bodily Injury** arising out of or resulting from the transmission of any communicable disease by any **insured**.

**(12) Bodily injury** arising out of **personal injury** or **advertising injury**.

**(13) Bodily injury** or **property damage** for which any **insured** may be held liable by reason of:

   **(a)** Causing or contributing to the intoxication of any person;

   **(b)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

   **(c)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if **you** are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**(14) Bodily injury** or **property damage** arising out of the ownership, maintenance, use, **loading or unloading** of any aircraft not owned by, not leased to or not rented to any **insured**.

Exclusions **b.(2)** through **b.(9)**, **b.(13)** and **b.(14)** do not apply to damage by fire to premises while rented to **you** or temporarily occupied by **you** with permission of the owner. A separate limit of insurance applies to this coverage as described in **Section IV - Limits Of Insurance**.

  **c.** **Bodily Injury And Property Damage Liability (Auto)**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

This insurance does not apply to:

**(1)** Any **auto**:

**(a)** Either owned by or furnished, by other than **you**, for the regular use of:

**1)** A person described in **SECTION II - COVERAGE, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILTY, 1. COVERAGE, b.(2)(b)1)** through **4)**; or

**2)** A member of the household of a person described in **SECTION II - COVERAGE, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 1. COVERAGE, b.(2)(b)1)** through **4)** other than a private chauffeur or domestic servant; or

**(b)** Used in the business or occupation of a person described in **SECTION II - COVERAGE, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 1. COVERAGE, b.(2)(b)1)** through **4)** other than **your garage business**, and is other than a **private passenger auto** occupied by such person.

**(2)** **Bodily injury** or **property damage** expected or intended by any **insured**. This exclusion applies even if the **bodily injury** or **property damage** is of a different kind or degree, or is sustained by a different person or property, than that expected or intended. This exclusion does not apply to an **insured** for acts committed by any other person or organization without such **insured's** knowledge or direction.

**(3)** **Bodily injury** to **your employee** arising out of and in the course of employment by **you** including a loss or claim by the spouse, child, parent, brother or sister of **your employee** as a consequence of such **bodily injury**.

**(a)** This exclusion applies:

**1)** Whether **you** may be liable as an employer or in any other capacity; or

**2)** To any obligation to share damages with or repay another who must pay damages because of the **bodily injury**.

**(b)** This exclusion does not apply to **bodily injury** to a **residence employee** when:

**1)** **You** have assumed liability under an **insured contract**.

**2)** Workers compensation benefits are not required or available.

**(4)** **Bodily injury** or **property damage** while preparing for, practicing for or participating in any prearranged racing, speed, stunting activity, pulling contest or demolition contest.

**(5)** **Bodily injury** or **property damage** to any **auto** while being used as a public or livery vehicle or for carrying property of others for a charge.

**(6)** **Bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, **loading or unloading** of any **auto** rented or leased to others. This exclusion shall not apply to an **auto**, rented or leased to others:

**(a)** If rented or leased by **you** to a salesperson for use principally in **your garage business**;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

**(b)** In **your** custody for pick up, delivery, service or repair in connection with such rental or lease; or

**(c)** If rented by **you** to a **garage customer** while such **garage customer's auto** is in **your** custody for service or repair.

**(7)** **Bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, **loading or unloading** of any **auto**, possession of which **you** have transferred to another under an agreement of sale. This does not apply to **your** liability.

**(8)** **Property damage:**

**(a)** To any **auto** in **your** care, custody or control; or

**(b)** To property while being transported by **you** or while in **your** care, custody or control during transportation.

This exclusion shall not apply:

**(a)** To liability **you** assumed under a sidetrack agreement;

**(b)** To **property damage** caused by an **auto** servicing hoist designed to raise the entire **auto**; nor

**(c)** To an **auto**, freight or passenger elevator.

**(9) (a)** **Bodily injury** or **property damage** resulting from the actual, alleged or threatened discharge, release, escape, seepage, migration, or dispersal of **pollutants**:

**1)** That are, or are contained in any property that is:

**a)** Being transported or towed by, handled or prepared for placement into

or upon, or taken from the **auto**;

**b)** Otherwise in the course of transit by an **insured** or on behalf of an **insured**; or

**c)** Being disposed of, stored, treated or processed into or upon the **auto**;

**2)** Before such **pollutants** or property containing **pollutants** are moved from the place they are accepted by an **insured** or anyone acting on behalf of an **insured** or placement into or onto the **auto**; or

**3)** After such **pollutants** or property containing **pollutants** are removed from the **auto** to where they are delivered, disposed of or abandoned by an **insured** or anyone acting on behalf of an **insured**.

**1)a)** above does not apply to **pollutants** that are needed or result from the normal mechanical, electrical or hydraulic functioning of the **auto** or its parts, if the discharge, release, escape, seepage, migration or dispersal of such **pollutants** is directly from a part of the **auto** designed to hold, store, receive or dispose of such **pollutants** by the **auto** manufacturer.

**1)b)** and **1)c)** above do not apply, if as a direct result of the maintenance or use of the **auto**, **pollutants** or property containing **pollutants** which are not in or upon the **auto**, are upset, overturned or damaged at any premises, site or location not owned by or leased to **you**. The discharge, release, escape, seepage, migration or dispersal of the **pollutants** must be

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

directly caused by such upset, overturn or damage.

**(10)** Bodily injury or property damage arising out of a **farm implement** while being used for farming purposes.

## COVERAGE B - PERSONAL INJURY AND ADVERTISING INJURY LIABILITY

**1. COVERAGE**

**a.** **We** will pay those sums that **you** become legally obligated to pay as damages because of **personal injury** or **advertising injury** to which this insurance applies. **We** will have the right and duty to defend **you** against any **suit** seeking those damages. **We** may at **our** discretion investigate any claim or offense and settle any claim or **suit** that may result. But:

**(1)** The amount **we** will pay for damages is limited as described in **Section IV - Limits Of Insurance**; and

**(2)** **Our** right and duty to defend will end when **we** have used up the applicable limit of insurance in the payment of judgments or settlements under **Coverages A**, **B** or **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **Supplementary Payments - Coverages A and B**.

**b.** This insurance applies to **personal injury** and **advertising injury** only if:

**(1)** The **personal injury** or **advertising injury** is caused by an offense arising out of **your** business; and

**(2)** The offense causing the **personal injury** or **advertising injury** was committed in the **coverage territory** during the policy period.

**2. EXCLUSIONS**

This insurance does not apply to **personal injury** or **advertising injury**:

**a.** Caused by or at the direction of any **insured** with the knowledge that the act would violate the rights of another and would inflict **personal injury**.

**b.** Expected or intended by any **insured**. This exclusion **b.**, does not apply to **personal injury**.

**c.** Arising out of oral or written publication of material, if done by or at **your** direction with knowledge of its falsity.

**d.** Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**e.** Arising out of a criminal act or violation of a penal statute or ordinance committed by **you** or at **your** direction.

**f.** For which **you** have assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that **you** would have in the absence of the contract or agreement.

**g.** Arising out of a breach of contract, except an implied contract to use another's advertising idea in **your advertisement**.

**h.** Arising out of the failure of goods, products or services to conform with any statement or representation of quality or performance made in **your advertisement**.

**i.** Arising out of the wrong description of the price of goods, products or services.

**j.** Arising out of the infringement of copyright, patent, **trademark**, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in **your advertisement** of copyright, **trade dress** or slogan.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

**k.** Committed by **you**, and **your** business is:

    **(1)** Advertising, broadcasting, publishing or telecasting;

    **(2)** Designing or determining content of websites for others; or

    **(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to **S. 1., 2.** and **3.** of **personal injury** under **Section I - Definitions**.

For the purposes of **k.(1)** of this exclusion, the placing of frames, borders, links, or advertising, for **you** or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**l.** Arising out of an electronic chatroom or bulletin board **you** host, own, or over which **you** exercise control for any purpose.

**m.** Arising out of the unauthorized use of another's name or product in **your** e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**n.** **(1)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants** at any time.

    **(2)** For any loss, cost or expense arising out of any:

        **(a)** Request, demand, order or statutory or regulatory requirement that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of; or

        **(b)** Claim or **suit** by or on behalf of a governmental authority for dam-

ages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, **pollutants**.

**o.** **(1)** Arising out of any:

    **(a)** Refusal to employ a person;

    **(b)** Termination of a person's employment;

    **(c)** Employment-related practice, policy, act or omission, including but not limited to coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at a person; or

    **(d)** Criminal or civil action brought against a person by or at the direction of the **insured** directly or indirectly related to any offense described in **(a)**, **(b)**, or **(c)** immediately above; or

    **(2)** To anyone as a consequence of **personal injury** or **advertising injury** to a person at whom any of the employment-related practices described in **(a)**, **(b)**, **(c)**, or **(d)** immediately above is directed.

This exclusion applies:

    **(a)** Whether **you** may be liable as an employer or in any other capacity;

    **(b)** Whether the offense is alleged to arise out of the employment during the course or scope of employment, outside the course or scope of employment or after termination of employment;

    **(c)** Whether directly or indirectly related to a person's prospective, current or past employment; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

**(d)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**p.** For any claim, **suit**, action or proceeding against any **insured** arising out of the discharge, dispersal, release, escape or inhalation of any asbestos related particles, dust, irritants, contaminants, **pollutants**, toxic elements or materials.

**q.** Arising out of or resulting from the transmission of any communicable disease by any **insured**.

**r.** However, caused, arising directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**s.** Any claim, **suit**, action or proceeding against any **insured** arising out of the discharge, dispersal, release, escape or inhalation of any **silica** or **silica-related dust**.

**t.** Arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including, any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**COVERAGE C - MEDICAL PAYMENTS**

**1. COVERAGE**

**a.** **We** will pay medical expenses as described below for **bodily injury** caused by an accident:

**(1)** On premises **you** own or rent;

**(2)** On ways next to premises **you** own or rent; or

**(3)** Because of **your** operations

provided that:

**(1)** The accident takes place in the **coverage territory** and during the policy period;

**(2)** The expenses are incurred and reported to **us** within one year of the date of the accident; and

**(3)** The injured person submits to examination, at **our** expense, by physicians of **our** choice as often as **we** reasonably require.

**b.** **We** will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. **We** will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004

2.  **EXCLUSIONS**

This insurance does not apply to **bodily injury**:

(a)  To any **insured**, except **volunteer workers**.

(b)  To a person hired to do work for or on behalf of any **insured** or a tenant of any **insured**.

(c)  To a person injured on that part of premises **you** own or rent that the person normally occupies.

(d)  To a person, whether or not an **employee** of any **insured**, if benefits for the **bodily injury** are payable or must be provided under a workers compensation or disability benefit law or a similar law.

(e)  To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletics contests.

(f)  Included within the **products-completed operations hazard**.

(g)  Excluded under **Coverage A, 2. EXCLUSIONS, a. Bodily Injury And Property Damage Liability (Other Than Auto) and Bodily Injury And Property Damage Liability (Auto).**

(h)  Excluded under **Coverage A, 2. EXCLUSIONS, b. Bodily Injury And Property Damage Liability (Other Than Auto).** This exclusion does not apply to any person while occupying or through being struck by an **auto** located, operated or occupied on the premises described in the Declarations.

(i)  Any person while occupying or through being struck by an **auto, farm implement** or **mobile equipment** away from the premises described in the Declarations.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

If **Coverage A** or **B** apply, **we** will pay, with respect to any claim **we** investigate or settle, or any **suit** against an **insured we** defend:

1.  All expenses **we** incur.

2.  Up to $2,000 for premiums on bail bonds required because of accidents or traffic law violations arising out of the use of any **auto** to which the Bodily Injury Liability Coverage applies. **We** have no obligation to apply for or furnish these bonds.

3.  Premiums on appeal bonds or bonds to release attachments, but only for bond amounts within the applicable limit of insurance. **We** have no obligation to apply for or furnish these bonds.

4.  All reasonable expenses incurred by the **insured** at **our** request including actual loss of earnings up to $250 a day because of time off from work.

5.  All costs taxed against the **insured** in the **suit**.

6.  Prejudgment interest awarded against the **insured** on that part of the judgment **we** pay. If **we** make an offer to pay the applicable limit of insurance, **we** will not pay any prejudgment interest based on that period of time after the offer.

7.  All interest on the full amount of any judgment that accrues after entry of the judgment and before **we** have paid, offered to pay, or deposited in court the part of judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**FINANCIAL RESPONSIBILITY AND COMPULSORY INSURANCE LAWS**

While an **auto** to which this insurance applies is subject to laws of another state or Canada, **we** will:

1.  Increase the limit of insurance for Liability Coverage to comply with the minimum re-

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004